# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

134770(46)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRED BURGESS,
          Plaintiff-Appellant,

v

DONALD BERNHARDT and
MICHAEL BERNHARDT,
          Defendants-Appellees.

SC: 134770
COA: 268569
Otsego CC: 04-010786-CK

_____/

      On order of the Court, the motion for reconsideration of this Court's November 29, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

p0211